**BAVAGNOLI & BAVAGNOLI**
12 FURLER STREET
P.O. BOX 147
TOTOWA, NJ 07511-0147
(973) 785-9522
Attorneys for Plaintiff
RCB-2546



FILED
IN C. ... ... 'S ... ...
U.S. ... ... ... ... ... D.N.Y

★    MAR 10 2005   ★

BROOKLYN OFFICE

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF NEW YORK

APA TRANSPORT CORP.

**MISC NO.:  04 MC 36**

Plaintiffs,

CIVIL NO.:  03cv1932

v.

FREEPORT PAPER PRODUCT
INDUSTRIES (CORP.)(CO.)(INC.)
d/b/a PAPER PRODUCTS INC.
d/b/a AVCO INDUSTRIES
(CORP.)(CO.)(INC.)

**WARRANT TO
SATISFY JUDGMENT**

---

### TO THE CLERK OF THE ABOVE NAMED COURT:

**WHEREAS** judgment was entered in the above entitled action in favor of **APA TRANSPORT CORP.** as appears by the record thereof in Civil No.:  03cv1932 and MISC NO.:  04 MC 36.

**NOW THEREFORE** this is your warrant and authority to enter on the aforesaid record, this satisfaction of judgment for defendant, **FREEPORT PAPER PRODUCT INDUSTRIES (CORP.)(CO.)(INC.) d/b/a PAPER PRODUCTS INC. d/b/a AVCO INDUSTRIES (CORP.)(CO.)(INC.).**

Dated:        February 10, 2005

BAVAGNOLI & BAVAGNOLI
Attorneys for Plaintiff

By:  Ronald C. Bavagnoli, Esq.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated:        February 10, 2005

Ronald C. Bavagnoli, Esq.